**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | | |
|---|---|---|
| **U.S. Magistrate Judge:** D Thomas Ferraro | **Date:** May 14, 2021 | **SEALED** |
| **USA v. Benjamin Gallegos** | **Case Number:** 18-04988MJ-001-TUC-BGM | |

**Assistant U.S. Attorney:** Matthew Eltringham (duty/telephonic)
**Attorney for Defendant:** Angeles Rodriguez-Madera for Esmeralda Gaxiola,
**Interpreter:** N/A
**Defendant:** ☒ Present via VTC     ☒ Custody

**INITIAL APPEARANCE**
☒ Warrant Filed                                           **Date of Arrest:** May 12, 2021
☐ Warrant Other District
☐ Financial Affidavit taken      ☒ NO Financial Affidavit taken
☒ Defendant states true name to be SAME.
   Further proceedings ORDERED in Defendant's true name.
☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f) is   ☒ Granted  ☐ Denied
☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to
   ☐ 18§ 3142(f)   ☐ 18§ 3142(d)
☒ **Defendant consents to his hearing being conducted telephonically.**
   **Under Criminal Rule5(f), the government is ordered to comply with its disclosure obligations under Brady v Maryland and related cases. Failure to do so may result in sanctions.**
   **Assigning Rui Wang for USA. Esmeralda Gaxiola (AFPD) is appointed counsel of record.**
   **At defense counsel's request, Pretrial Services is to assess the defendant for possible residential treatment placement. The detention hearing is scheduled to later date as noted.**

**PRELIMINARY HEARING**     ☒ Waived  ☒ Held to answer before District Court

**DETENTION HEARING SET FOR:**
**May 19, 2021 at 9:00 AM before Magistrate Judge Bruce G. Macdonald**

**Recorded By** Courtsmart                                                                  **IA/PH:** 0 min
**Deputy Clerk** Rose Chavez
                                                                                              **Start:** 2:00 PM
                                                                                              **Stop:** 3:41 PM

CC: AUSA, Emeralda Gaxiola, PTS